JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**

First Listed Plaintiff:
JACKSON COUNTY, MISSOURI, on behalf of itself and the proposed Class ;
**County of Residence:** Outside This District

**Defendant(s):**

First Listed Defendant:
ELI LILLY AND COMPANY ;
**County of Residence:** Outside This District

Additional Defendants(s):
NOVO NORDISK, INC. ;
SANOFI- AVENTIS U.S. LLC ;
EVERNORTH HEALTH, INC. ;
EXPRESS SCRIPTS, INC. ;
EXPRESS SCRIPTS ADMINISTRATORS, LLC ;
ESI MAIL PHARMACY SERVICE, INC. ;
EXPRESS SCRIPTS PHARMACY, INC. ;
MEDCO HEALTH SOLUTIONS, INC. ;
CVS HEALTH CORPORATION ;
CVS PHARMACY, INC. ;
CAREMARK RX,LLC ;
CAREMARKPCS HEALTH, LLC ;
CAREMARK, LLC ;
UNITEDHEALTH GROUP, INC. ;
OPTUM, INC. ;
OPTUMRX, INC. ;
OPTUMRX HOLDINGS, LLC ;
OPTUMINSIGHT, INC. ;

**County Where Claim For Relief Arose:** Jackson County

**Plaintiff's Attorney(s):**

Matthew Lee Dameron ( JACKSON COUNTY, MISSOURI, on behalf of itself and the proposed Class)
WILLIAMS DIRKS DAMERON LLC
1100 MAIN STREET, SUITE 2600
KANSAS CITY, Missouri 64105
**Phone:** (816) 945-7110
**Fax:**
**Email:** matt@williamsdirks.com

Michael A. Williams ( JACKSON COUNTY, MISSOURI, on behalf of itself and the proposed Class)
WILLIAMS DIRKS DAMERON LLC

**Defendant's Attorney(s):**

Please see Exhibit A

1100 MAIN STREET
KANSAS CITY, Missouri 64105
**Phone:** (816) 945-7175
**Fax:**
**Email:** mwilliams@williamsdirks.com

Eric L. Dirks ( JACKSON COUNTY, MISSOURI, on behalf of itself and the proposed
Class)
WILLIAMS DIRKS DAMERON LLC
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
**Phone:** (816) 945-7165
**Fax:**
**Email:** dirks@williamsdirks.com

**Basis of Jurisdiction:** 2. U.S. Government Defendant

**Citizenship of Principal Parties** (Diversity Cases Only)
   **Plaintiff:** N/A
   **Defendant:** N/A

**Origin:** 2. Removed From State Court
   **State Removal County:** Jackson County
   **State Removal Case Number:** 2316-CV01801
**Nature of Suit:** 370 Other Fraud
**Cause of Action:** Unjust Enrichment & Civil Conspiracy
**Requested in Complaint**
   **Class Action:**  Class Action under State Statute or Rule
   **Monetary Demand (in Thousands):**
   **Jury Demand:**  Yes
   **Related Cases:**  Is NOT a refiling of a previously dismissed action

---

**Signature:** ___/s/ Casey P. Murray_____

**Date:** __3/27/2023___

   If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.

# EXHIBIT A

Casey P. Murray, #58741
Emily N. Reed, #73908
**SPENCER FANE LLP**
1000 Walnut, Suite 1400
Kansas City, MO 64106
Tel: (816) 474-8100
Fax: (816) 474-3216
cmurray@spencerfane.com
ereed@spencerfane.com

Enu Mainigi (pro hac vice forthcoming)
Craig Singer (pro hac vice forthcoming)
R. Kennon Poteat III (pro hac vice forthcoming)
A. Joshua Podoll (pro hac vice forthcoming)
Daneil Dockery (pro hac vice forthcoming)
**WILLIAMS AND CONNOLLY LLP**
680 Maine Avenue SW
Washington, DC 20024
Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
csinger@wc.com
kpoteat@wc.com
apodoll@wc.com
ddockery@wc.com
*Attorneys for CVS Health Corporation; CVS Pharmacy, Inc.; Caremark Rx, L.L.C., CaremarkPCS Health, L.L.C., and Caremark, L.L.C.*

Megan McCurdy, Mo. 60071
**STINSON LLP**
1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
Telephone: 816-691-2649
megan.mccurdy@stinson.com

Brian D. Boone (pro hac vice forthcoming)
ALSTON & BIRD LLP
Bank of America Plaza
101 S. Tyron St., Ste. 4000
Charlotte, NC 29280
T: (704) 444-1000
brian.boone@alston.com

Elizabeth Broadway Brown (pro hac vice forthcoming)
ALSTON & BIRD LLP
One Atlantic Center
1201 W. Peachtree Street, N.W., Ste. 4900
Atlanta, GA 30309-3424
T: (404) 881-7000
Fax: (404) 881-7777
liz.brown@alston.com

Michael R. Hoernlein (pro hac vice forthcoming)
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Tel.: (704) 444-1000
Fax: (704) 444-1111
michael.hoernlein@alston.com
*Attorneys for Defendant OptumRx, Inc*

Taylor Concannon Hausmann, MO #67056
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
T: 816.983.8319
F: 816.983.8080
taylor.hausmann@huschblackwell.com

Jason R. Scherr (pro hac vice forthcoming)
Patrick A. Harvey (pro hac vice forthcoming)
Lindsey T. Levy (pro hac vice forthcoming)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004T. 202.739-6000
F. 202.739.6001
patrick.harvey@morgnalewis.com
jr.scherr@morganlewis.com
lindsey.levy@morganlewis.com
*Attorneys for Evernorth Health, Inc., Express Scripts, Inc., Express Scripts Administrators, LLC, ESI Mail Pharmacy Service, Inc., Express Scripts Pharmacy, Inc., and Medco Health Solutions, Inc.*

1

Robert J. McCully
Harley Ratliff
**SHOOK, HARDY & BACON**
2555 Grand Boulevard
Kansas City, MO 64108
T: (816) 474-6550
rmccully@shb.com
hratliff@shb.com


Shirlethia V. Franklin (pro hac vice forthcoming)
Theresa C. Martin (pro hac vice forthcoming)
William D. Coglianese (pro hac vice forthcoming)
**JONES DAY**
51 Louisiana Ave. NW
Washington, DC 20001
T: (202) 879-3939
sfranklin@jonesday.com
tcoughlin@jonesday.com
wcoglianese@jonesday.com
*Attorneys for Defendant*
 *Sanofi-Aventis U.S. LLC*


Anthony F. Rupp, MO #39081
Maria E. Drouhard, MO #72487
**FOULSTON SIEFKIN, LLP**
7500 College Boulevard, Suite 1400
Overland Park, Kansas 66210
T (913) 498-2100 | F (913) 498-2101
trupp@foulston.com
mdrouhard@foulston.com

Neal A. Potischman (pro hac vice forthcoming)
Andrew Yaphe (pro hac vice forthcoming)
**DAVIS POLK & WARDWELL LLP**
1600 El Camino Real
Menlo Park, California 94025
(650) 752-2000
neal.potischman@davispolk.com
andrew.yaphe@davispolk.com
*Attorneys for Novo Nordisk Inc.*


Thomas P. Schult
**BERKOWITZ OLIVER LLP**
2600 Grand Blvd., Suite 1200
Kansas City, MO 64108
T: (816) 627-0239
tschult@berkowitzoliver.com


James F. Hurst, P.C. (pro hac vice forthcoming)
Andrew A. Kassof, P.C. (pro hac vice forthcoming)
Diana M. Watral, P.C. (pro hac vice forthcoming)
Ryan J. Moorman (pro hac vice forthcoming)
Jason A. Feld (pro hac vice forthcoming)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
T:  (312) 862-2000
james.hurst@kirkland.com
akassof@kirkland.com
diana.watral@kirkland.com
ryan.moorman@kirkland.com
jason.feld@kirkland.com
*Attorneys for Eli Lilly and Company*