**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| JACKSON COUNTY, MISSOURI, ) <br> on behalf of itself and the proposed Class, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ELI LILLY AND COMPANY, et al., ) <br> ) <br> Defendants. ) | Case No. 23-CV-00206-FJG |

**<u>CERTIFICATE OF SERVICE</u>**

Plaintiff Jackson County, Missouri certifies that on June 14, 2023, Jackson County's Rule 26(a)(1) Initial Disclosures were delivered by e-mail to all counsel of record:

Thomas P. Schult
Jennifer B. Wieland
BERKOWITZ OLIVER LLP
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
tschult@berkowitzoliver.com
jwieland@berkowitzoliver.com

Andrew A. Kassof
Diana M. Watral
James F. Hurst
Jason A. Feld
Ryan J. Moorman
KIRKLAND & ELLIS
300 N. LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
akassof@kirkland.com
diana.watral@kirkland.com
james.hurst@kirkland.com
jason.feld@kirkland.com
ryan.moorman@kirkland.com

*Attorneys for Eli Lilly and Company*

Robert J. McCully
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
rmccully@shb.com

Shirlethia V. Franklin
Theresa C. Martin
William D. Coglianese
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
Telephone: (202) 879-3939
sfranklin@jonesday.com
tcoughlin@jonesday.com
wcoglianese@jonesday.com

*Attorneys for Sanofi-Aventis U.S. LLC*

1

Anthony F. Rupp
Maria E. Drouhard
FOULSTON SIEFKIN, LLP
7500 College Boulevard, Suite 1400
Overland Park, Kansas 66210
trupp@foulston.com
mdrouhard@foulston.com

Andrew D. Yaphe
Neal A. Potischman
Ian Hogg
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, CA 94025
Telephone: (650) 752-2000
andrew.yaphe@davispolk.com
neal.potischman@davispolk.com
ian.hogg@davispolk.com


James P. Rouhandeh
Chui-Lai Cheung
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
rouhandeh@davispolk.com
Chui-lai.cheung@davispolk.com

*Attorneys for Novo Nordisk Inc.*

Casey P. Murray
Emily N. Reed
SPENCER FANE LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone: (816) 474-8100
cmurray@spencerfane.com
ereed@spencerfane.com

Enu Mainigi
Craig D. Singer
R. Kennon Poteat III
Adam Joshua Podoll
WILLIAMS & CONNOLLY, LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
emainigi@wc.com
csinger@wc.com
kpoteat@wc.com
apodoll@wc.com

*Attorneys for CVS Health Corporation; CVS Pharmacy, Inc.; Caremark Rx, LLC; Caremark PCS Health, LLC; and Caremark, LLC*

Megan McCurdy
STINSON LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
Tel.: 816-691-2649
megan.mccurdy@stinson.com

Brian D. Boone
Michael R. Hoernlein
ALSTON & BIRD, LLP
One South at The Plaza
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280-4000
Telephone: (704) 444-1000
brian.boone@alston.com
michael.hoernlein@alston.com

Elizabeth Broadway Brown
ALSTON & BIRD, LLP
One Atlantic Center
1201 W. Peachtree Street, Suite 4900
Atlanta, Georgia 30309
Telephone: (404) 881-7000
liz.brown@alston.com

Kelley Connolly Barnaby
ALSTON & BIRD, LLP
950 F Street, NW
Washington, DC 20004
Telephone: (202) 239-3300
kelley.barnaby@alston.com

*Attorneys for OptumRX, Inc.*

Taylor Concannon Hausmann, MO #67056
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
T: 816.983.8319
taylor.hausmann@huschblackwell.com

Jason R. Scherr (*pro hac vice*)
Patrick A. Harvey (*pro hac vice*)
Lindsey T. Levy (*pro hac vice*)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T: 202.739.3000
jason.scherr@morganlewis.com
patrick.harvey@morganlewis.com
lindsey.levy@morganlewis.com

*Attorneys for Evernorth Health, Inc. (formerly Express Scripts Holding Company), Express Scripts, Inc., Express Scripts Administrators, LLC, ESI Mail Pharmacy Service, Inc., Express Scripts Pharmacy, Inc., and Medco Health Solutions, Inc.*

DATE: June 15, 2023  Respectfully submitted,

**WILLIAMS DIRKS DAMERON LLC**

　　　*/s/ Matthew L. Dameron*
Michael A. Williams　　MO Bar No. 47538
Eric L. Dirks　　　　　MO Bar No. 54921
Matthew L. Dameron　　MO Bar No. 52093
Clinton J. Mann　　　　MO Bar No. 70212
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Telephone:　　(816) 945-7100
Facsimile:　　(816) 945-7118
mwilliams@williamsdirks.com
dirks@williamsdirks.com
matt@williamsdirks.com
cmann@williamsdirks.com

Bryan O. Covinsky
County Counselor
**OFFICE OF THE JACKSON COUNTY COUNSELOR**
415 East Twelfth Street, Suite 200
Kansas City, Missouri 64106
Telephone:　　(816) 881-3442
Facsimile:　　(816) 881-3398
bcovinsky@jacksongov.org

*Counsel for Jackson County, Missouri and the Proposed Class*

## CERTIFICATE OF SERVICE

　　The undersigned certifies that the foregoing was filed on June 15, 2023, via the Court's CM/ECF electronic filing system, which will send notice to all counsel of record.

　　　　　　　*/s/ Matthew L. Dameron*
　　　　　　　Matthew L. Dameron