IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| JACKSON COUNTY, MISSOURI, | ) | |
| on behalf of itself and the proposed Class, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 23-CV-00206-FJG |
| | ) | |
| ELI LILLY AND COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S STATUS REPORT**

On June 15, 2023, the United States Judicial Panel on Multidistrict Litigation received notice that this case is a potentially related action to consider for consolidation into a putative MDL: *In re Insulin Pricing Litigation*, MDL No. 3080. Neither Jackson County nor Defendants support transfer under section 1407. The JPML will hear oral argument on the pending Motion to Transfer on July 27, 2023 and issue its ruling thereafter.

In the meantime, this Court retains jurisdiction to rule on Jackson County's fully-briefed Motion to Remand (Doc. 45). J.P.M.L. R. Proc. 2.1(d).  Indeed, this Court is the *only* court with jurisdiction to rule on Jackson County's Motion to Remand. *In re Aqueous Film-Forming Foams Products Liab. Litig.*, No. MDL 2873, 2023 WL 2875926, at *2 (J.P.M.L. Apr. 10, 2023). Just last week, another federal district court granted remand in a case at issue in this same putative MDL.[1]

Accordingly, Plaintiff requests that the Court continue with its consideration of the Motion to Remand [Doc. 45]. Plaintiff will apprise the Court of any further developments concerning the proposed MDL proceedings.

---

[1] *See People of the State of California v. Eli Lilly & Co. et al.* No. 23-cv-01929 (C.D. Cal. June 28, 2023). Jackson County is filing a notice of supplemental authority concurrently with this Status Report.

1

DATED: July 7, 2023                              Respectfully submitted,

**WILLIAMS DIRKS DAMERON LLC**

_/s/ Michael A. Williams_
Michael A. Williams        MO Bar No. 47538
Eric L. Dirks              MO Bar No. 54921
Matthew L. Dameron         MO Bar No. 52093
Clinton J. Mann            MO Bar No. 70212
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Telephone:      (816) 945-7100
Facsimile:      (816) 945-7118
mwilliams@williamsdirks.com
dirks@williamsdirks.com
matt@williamsdirks.com
cmann@williamsdirks.com

Bryan O. Covinsky
County Counselor
**Office of the Jackson County Counselor**
415 East Twelfth Street, Suite 200
Kansas City, Missouri 64106
Telephone:      (816) 881-3442
Facsimile:      (816) 881-3398
bcovinsky@jacksongov.org

*Counsel for Jackson County, Missouri and the Proposed Class*

3

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing was filed on July 7, 2023, via the Court's CM/ECF electronic filing system, which effectuated service of the foregoing on all counsel of record.

                                       /s/ *Michael A. Williams*
                              Counsel for Plaintiff and the Proposed Class